UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 24-cv-20286-JB

YAMILETH PEREYRA-DIAZ,

    Plaintiff,

v.

CITY OF DORAL and BARBARA HERNANDEZ,

    Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

**THIS CAUSE** is before the Court on Chief United States Magistrate Judge Edwin G. Torres's Report and Recommendation ("Report") on Defendants the City of Doral and Barbara Hernandez's Motion to Dismiss, ECF No. [19]. In the Report, Judge Torres recommends that the Court deny the Motion to Dismiss. ECF No. [37]. No objections to the Report have been filed, and the time to do so has passed.

After careful consideration of the Report, the Motion, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report, ECF No. [37], is **AFFIRMED** and **ADOPTED**.

2. Defendants the City of Doral and Barbara Hernandez's Motion to Dismiss, ECF No. [19], is **DENIED**.

**DONE AND ORDERED** in Miami, Florida, this 16th day of October, 2024.

_____
**JACQUELINE BECERRA**
**UNITED STATES DISTRICT JUDGE**